**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **BOBBY MERRILL BERRY, 579293,** )<br>    Petitioner,  )<br>  )<br>**v.**  )<br>  )<br>**NATHANIEL QUARTERMAN,**  )<br>**Director TDCJ-CID,**  )<br>    Respondent.  ) | No. 3:06-CV-1954-D |

## ORDER

After conducting a *de novo* review, the court finds that the findings, conclusions, and recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 27, 2008.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE